UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO. 3:08-CR-00022(01) RM |
| | ) |
| ROBERT GARY, JR. | ) |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 30, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Robert Gary's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(9).

SO ORDERED.

ENTERED:  January 22, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court